UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LACONNER ASSOCIATES L.L.C.,

Plaintiff,

v.

ISLAND TUG & BARGE CO.,

Defendant.

Case No. C07-175RSL

TAXATION OF COSTS

Costs in the above-entitled action are hereby taxed against DEFENDANT ISLAND TUG & BARGE CO. and on behalf of PLAINTIFF in the amount of $406.40.

Dated this _____20th_____ day of JUNE, 2008 .

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 1